UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CORY WHITE**                                              **CIVIL ACTION**

**VERSUS**                                                  **NO. 11-0444**

**ISSAC BROWN**                                             **SECTION "C"(6)**

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. The Court recognizes that the petitioner's Motion for Copies of Verbatim Transcripts and Boykin Examination, Guilty Plea and Sentencing Hearing dated June 8, 2005, may have referred to his multiple bill hearing of May 31, 2005 at which, according to the minutes, the petitioner waived his rights. The Court also recognizes that the motion may have been misconstrued by the lower courts as pertaining only to the trial instead of the multiple bill hearing in the August 1, 2007, order. Nonetheless, the petitioner was afforded the opportunity to file an appeal and/or post-conviction relief in a timely manner and did not do so. Therefore,

**IT IS ORDERED** that the petition of Cory White for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE** as untimely.

New Orleans, Louisiana, this 20 day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE